UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Action No. 1:15-cv-24224-KMW

| | |
|---|---|
| DEBORA VELAZQUEZ, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| STANLEY M. GLASER, d/b/a GLASER ORGANIC FARMS, d/b/a GLASER FARMS | ) ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF'S STATEMENT OF CLAIM

In accordance with the Notice of Court Practice in FLSA Cases (Docket Entry 7), entered November 16, 2015, the Plaintiff hereby provides the following statement of claim.

The Plaintiff lacks access to the payroll records relating to her work on the Defendant's operations. In particular, the Plaintiff lacks data as to the number of days and hours she was employed each workweek, a number that varied depending on availability of work.

**Dates of work:** This information was not included on the abbreviated wage statements Defendant provided to Plaintiff. The Plaintiff recalls that she worked at Defendant's operations during two separate periods --- first from January 2012 to March 2012, and, later, from December 2013 until December 2014 (including a two-week period in which Plaintiff was not employed by Defendant in November 2014.) The Plaintiff recalls that she worked an average of approximately six days per week up until October 2014, and two to five days per week from November 2014

–1–

through December 2014.

**Daily hours of work:** The Plaintiff recalls she would frequently arrived and left the job at the same time, and the hours the Plaintiff worked at Defendant's operations were ordinarily the same. During weekdays (Monday through Friday), the Plaintiff ordinarily arrived at the jobsite, ready to work and as directed by Defendant, at 8:00 A.M., and finished work at 5:00 P.M.  The Plaintiff ordinarily had two breaks during the day, of approximately 30 minutes each. On those frequent occasions when work was available on Saturdays, the Plaintiff ordinarily arrived at 6:00 A.M. and finished work at 2 P.M., usually taking one break of approximately 30 minutes in length.  For purposes of these computations, the Plaintiff was credited with eight hours of work on weekdays and seven and one-half hours of work on Saturdays or 47.5 hours per workweek, up until October 24, 2014. Plaintiff recalls that her hours changed in November 2014 when she was re-hired by Defendant around November 20, 2014 until December 16, 2014. During this short period of time, Plaintiff first worked two days per week initially, which extended to three days for her last three weeks of work. Her daily work schedule remained the same: from 8:00A.M. to 5:00 P.M., usually with two breaks of approximately 30 minutes in length.

**Wages due.** The Plaintiff claims she is owed minimum and overtime wages under the Fair Labor Standards Act, and minimum wages under the minimum wages of the Florida Constitution, as implemented through the Florida Minimum Wage Act.  The applicable federal minimum wage under the Fair Labor Standards Act was $7.25/hour. Under the Florida Minimum Wage Act, the applicable minimum wage was $7.67 during 2012, $7.79 during 2013, and $7.93 during 2014. In 2012, Plaintiff believes she was only paid $6.25 per hour, one dollar less than the mandated federal

–2–

minimum wage of $7.25 per hour and $1.42 per hour less than the applicable Florida minimum wage. Because she was paid straight-time wages for all of her worked hours over 40 hours, Plaintiff is due the difference between the overtime wage (calculated at one and one half times her regular hourly rate, *i.e.*, the Florida minimum wage). The Plaintiff also seeks to recover wage withholdings for uniforms and tools she purchased primarily for the benefit of the employer, the purchase of which resulted in wage payments to the Plaintiff below the mandated Florida and federal minimum wage rates.

**Wages paid.** Although she worked more than 40 hours in many workweeks, Plaintiff Velasquez was always paid straight-time at the Florida minimum wage rate for her work with the Defendant and was never compensated at one and one-half her regular rate or any other premium rate for the time she was employed in excess of 40 hours in a given workweek.

**Total unpaid wages.** The following amounts are estimates, based on the Plaintiff's memory and without the benefit of access to the payroll records maintained by the Defendant.

| Payroll date | Hours worked | Wages paid | Wages due at Florida minimum wage | Overtime wages due | Total unpaid wages |
|---|---|---|---|---|---|
| 1/13/2012 | **47.5** | $296.88 | $364.33 | $28.76 | $96.21 |
| 1/20/2012 | **47.5** | $296.88 | $364.33 | $28.76 | $96.21 |
| 1/27/2012 | **47.5** | $296.88 | $364.33 | $28.76 | $96.21 |
| 2/3/2012 | **47.5** | $296.88 | $364.33 | $28.76 | $96.21 |
| 2/10/2012 | **47.5** | $296.88 | $364.33 | $28.76 | $96.21 |
| 2/17/2012 | **47.5** | $296.88 | $364.33 | $28.76 | $96.21 |

| | | | | | |
|---|---|---|---|---|---|
| 2/24/2012 | **47.5** | $296.88 | $364.33 | $28.76 | $96.21 |
| 3/9/2012 | **47.5** | $296.88 | $364.33 | $28.76 | $96.21 |
| 3/30/2012 | **47.5** | $296.88 | $364.33 | $28.76 | $96.21 |
| 12/6/2013 | **47.5** | $370.03 | $370.03 | $29.21 | $29.21 |
| 12/13/2013 | **47.5** | $370.03 | $370.03 | $29.21 | $29.21 |
| 12/20/2013 | **47.5** | $370.03 | $370.03 | $29.21 | $29.21 |
| 12/27/2013 | **47.5** | $370.03 | $370.03 | $29.21 | $29.21 |
| 1/3/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 1/10/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 1/17/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 1/24/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 1/31/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 2/7/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 2/14/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 2/21/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 2/28/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 3/7/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 3/14/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 3/21/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 3/28/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 4/4/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 4/11/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 1/4/1900 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 4/18/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 4/25/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 5/2/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 5/9/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 5/16/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 5/23/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 5/30/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 6/6/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 6/13/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 6/20/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 6/27/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 7/4/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 7/11/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 7/18/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 7/25/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |

| | | | | | |
|---|---|---|---|---|---|
| 8/1/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 8/8/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 8/15/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 8/22/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 8/29/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 9/5/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 9/12/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 9/19/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 9/26/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 10/3/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 10/10/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 10/17/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 10/24/2014 | **47.5** | $376.68 | $376.68 | $29.74 | $29.74 |
| 11/21/2014 | **16.0** | $126.88 | $126.88 | $0.00 | $0.00 |
| 11/28/2014 | **24.0** | $190.32 | $190.32 | $0.00 | $0.00 |
| 12/5/2014 | **16.0** | $126.88 | $126.88 | $0.00 | $0.00 |
| 12/12/2014 | **16.0** | $126.88 | $126.88 | $0.00 | $0.00 |
| 12/19/2014 | **16.0** | $126.88 | $126.88 | $0.00 | $0.00 |
| **TOTALS** | | | | | **$2,291.21** |

These figures will be later adjusted to include the Plaintiff's purchase of tools and other items which primarily benefitted the Defendant.

Under the Agricultural Worker Protection Act's wage payment provisions, the Plaintiff seeks an order directing Defendant to report her earnings to the Social Security Administration so as to credit her individual earnings record with her work on the Defendant's operations.

In addition to the unpaid wages listed above, the Plaintiff seeks liquidated damages under both the Fair Labor Standards Act and the minimum wage provisions of the Florida Constitution. The Plaintiff also seeks statutory damages under the Migrant and Seasonal Agricultural Worker Protection Act for violations of that statute's recordkeeping, wage statement, wage payment and working arrangement provisions.

This matter has been filed as a collective action for the FLSA claims and as a class action under the AWPA. Damages are sought on behalf of all opt-in members of the putative class under the FLSA and all members of the putative class under Migrant and Seasonal Agricultural Worker Protection Act.

As of this filing, the Plaintiff has incurred $400 in costs (filing fee) and their counsel has devoted of his time 5.0 hours on the Fair Labor Standards Act claims, for which $1250 is sought, at an hourly rate of $250.   The total costs and fees are $1,650 at this juncture.

Respectfully submitted,

*/s/ Victoria Mesa-Estrada*
Victoria Mesa-Estrada
Florida Bar Number 076569
MESA & COE LAW, P.A.
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone:    (561) 880-8062
Facsimile:    (561) 828-8359
e-mail:        Victoria@mesacoelaw.com

*/s/ Gregory S. Schell*
Gregory S. Schell
Florida Bar Number 287199
MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone:    (561) 582-3921
Facsimile:    (561) 582-4884
e-mail:        Greg@Floridalegal.Org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy on Defendant's counsel of record.

                                        */s/ Victoria Mesa-Estrada*
                                        Victoria Mesa-Estrada
                                        Florida Bar Number 076569
                                        MESA & COE LAW, P.A.

                                    SERVICE LIST

Frank Henry
Florida Bar No. 956554
10800 Biscayne Boulevard
Suite 410
Miami, Florida 33161
Phone 305-981-4300
Fax 305-981-4304
Email: fhenry@bluerocklegal.com
*Attorney for Defendant*