UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-24224-KMW/Simonton

DEBORA VELAZQEZ,
On behalf of herself and all others
similarly situated,

                      Plaintiff,

v.

STANLEY M. GLASER,
d/b/a GLASER ORGANIC FARMS,
d/b/a GLASER FARMS,

    Defendant.
_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT [D.E. 11]

Defendant, STANLEY M. GLASER, d/b/a GLASER ORGANIC FARMS, d/b/a GLASER FARMS, through his counsel, BLUEROCK LEGAL, P.A., hereby files and serves this Answer and Affirmative Defenses to Amended Complaint [D.E. 11]. The numbered paragraphs herein correspond to the numbered paragraphs of the Amended Complaint.

1. Admitted that Plaintiff was formerly employed by Defendant and seeks relief under the Fair Labor Standards Act and the Migrant and Seasonal Agricultural Worker Protection Act. Remaining allegations denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Admitted that Plaintiff seeks the relief alleged in this paragraph. Remaining allegations are denied.

7. Admitted.

8. Plaintiff alleges no fact in this paragraph and no response is alleged thereto other than a general denial.

9. Admitted.

10. Admitted that Plaintiff was formerly employed by Defendant. Remainder denied.

11. Admitted that Plaintiff was employed in the production of goods for interstate commerce. Remainder denied.

12. The first sentence, second sentence, and fifth sentence of paragraph 12 are admitted. The remaining allegations are denied.

13. Admitted.

14. Admitted.

15. The first sentence of this paragraph is admitted. The remaining allegations are denied.

16. Denied.

17. Admitted that Plaintiff began working for Defendant in 2012. Remaining allegations are denied.

18. Admitted that Plaintiff was paid at least the applicable minimum wage. Remaining allegations are denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Admitted.

24. Admitted that Plaintiff seeks the relief alleged therein, but denied that Plaintiff is entitled to relief.

25. Denied.

26. Denied.

27. Admitted that Plaintiff seeks the relief alleged therein, but denied that Plaintiff is entitled to relief.

28. Denied.

29. Admitted that Plaintiff seeks the relief alleged therein, but denied that Plaintiff is entitled to relief.

30. Admitted that Plaintiff seeks the relief alleged therein, but denied that Plaintiff is entitled to relief.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations at paragraph 35 of the Complaint and, therefore, denies said allegations.

36. Denied.

37. Denied.

38. Admitted that Plaintiff seeks the relief alleged therein, but denied that Plaintiff is entitled to relief.

39. Admitted that Plaintiff seeks the relief alleged therein, but denied that Plaintiff is entitled to relief.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Admitted that Plaintiff seeks the relief alleged therein, but denied that Plaintiff is entitled to relief.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied. In response to the unnumbered "WHEREFORE" clause following paragraph 51, including subparagraphs "a" through "i" thereof, Defendant denies that Plaintiff is entitled to any of the relief alleged therein.

WHEREFORE, having fully answered the Amended Complaint, Defendant asserts the following valid and complete affirmative defenses thereto:

First, Defendant asserts that Plaintiff has failed to state a claim for relief under the FLSA.

Second, Defendant asserts that Plaintiff has failed to state a claim for relief under the AWPA.

BlueRock Legal, P.A. • 10800 Biscayne Boulevard, Suite 410, Miami, Florida 33161

Third, Defendant asserts that that any claim for back wages under the FLSA or any such derivative claim under the AWPA are subject to the limitations periods set forth in the Portal to Portal Act, 29 U.S.C. § 255(a) (2016).

Fourth, claims for all or part of the wages sought in this lawsuit were waived.

Fifth, Defendant is not a covered employer under the AWPA and Plaintiff is not a covered employee under the AWPA.

Sixth, any claim for minimum wages or overtime compensation is subject to a set-off against non-statutory compensation paid to Plaintiff or other employees.

Seventh, Plaintiff has failed to fulfill the requirements of 29 U.S.C. § 216 of the FLSA.

WHEREFORE, having asserted the foregoing affirmative defenses, Defendant requests that the Amended Complaint be dismissed, that judgment be entered in favor of Defendant, and that Defendant be awarded costs and attorneys fees.

BLUEROCK LEGAL, P.A.
Counsel for Defendant
10800 Biscayne Boulevard, Suite 410
Miami, FL 33161
Phone:  (305) 981-4300
Fax:     (305) 981-4304
E-mail: fhenry@bluerocklegal.com
            dgonzalez@bluerocklegal.com

By:    /s/ Frank H Henry
       Frank H. Henry
       Florida Bar No. 956554
       Daniel Gonzalez
       Florida Bar No. 118696

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system sending a notice of electronic filing to counsel on the attached service list on January 12, 2016.

        /s/ Frank H. Henry
        Frank H. Henry

## SERVICE LIST

Victoria Mesa
Florida Bar Number 076569
MESA AND COE LAW, P.A.
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Tel: (561) 880-8062
Fax: (561) 582-4884
Email: victoria@mesacoelaw.com
Co-Counsel for Plaintiff

Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Tel: (561) 582-3921
Fax: (561) 582-4884
e-mail: greg@Floridalegal.Org
Co-Counsel for Plaintiff

Frank H. Henry (FBN 956554)
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida  33161
Telephone: (305) 981-4300
Facsimile:  (305) 981-4304
Email:  fhenry@bluerocklegal.com
Counsel for Defendant

Daniel Gonzalez (FBN 118696)
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida  33161
Telephone: (305) 981-4300
Facsimile:  (305) 981-4304
Email:  dgonzalez@bluerocklegal.com
Counsel for Defendant