UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Action No. 1:15-cv-24224-KMW

DEBORA VELAZQUEZ,                          )
On behalf of herself and all others        )
similarly situated,                        )
                                           )
            Plaintiff,                     )
    v.                                     )
                                           )
STANLEY M. GLASER,                         )
d/b/a GLASER ORGANIC FARMS,                )
d/b/a GLASER FARMS                         )
                                           )
            Defendant.                     )
_____        )

**PLAINTIFFS' NOTICE OF FILING OF FLSA COLLECTIVE ACTION
<u>CONSENT TO SUE FORMS</u>**

COMES NOW Plaintiff   DEBORA VELASQUEZ *et al.,* by and through their undersigned counsel, hereby file the following Opt-in FLSA Collective Action consent-to-sue form on behalf of the following individual:

1. FLSA Consent Form Debora Velasquez (Plaintiff)

Dated: January 13, 2016                    Respectfully submitted,

                                           <u>*/s/ Victoria Mesa*</u>
                                           Victoria Mesa
                                           Florida Bar Number 076569
                                           MESA AND COE LAW, P.A.
                                           508 Lucerne Avenue
                                           Lake Worth, Florida     33460-3819
                                           Tel: (561) 880-8062
                                           Fax: (561) 582-4884
                                           Email: <u>victoria@mesacoelaw.com</u>
                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Victoria Mesa-Estrada*
Victoria Mesa-Estrada

## SERVICE LIST
*Debora Velasquez et al. v. Stanley Glaser et al.*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Action No: 1:15-cv-24224-KMW

Victoria Mesa-Estrada
Florida Bar Number 076569
MESA AND COE LAW, P.A.
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Tel: (561) 880-8062
Fax: (561) 582-4884
Email: victoria@mesacoelaw.com

Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
508 Lucerne Avenue
Lake Worth, Florida   33460-3819
Tel: (561) 582-3921

Fax: (561) 582-4884
e-mail: greg@Floridalegal.Org

*Attorneys for Plaintiffs*

Frank H. Henry
Florida Bar No. 956554
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida 33161
Telephone: (305) 981-4300
Facsimile: (305) 981-4304
Email: fhenry@bluerocklegal.com

*Attorney for Defendant*