## FLSA CONSENT FORM/CONSENTIMIENTO PARA ACCION FLSA

I hereby give my consent to sue for wages that may be owed to me under the Fair Labor Standards Act for work that I performed for Stanley Glaser, d/b/a Glaser Organic Farms, and d/b/a Glaser Farms during the years of _2012, 2013 & 2014_ in Florida.

I hereby authorize my attorneys to represent me before any court or agency on these claims.

Debora A. Velasquez
NAME

_[signature]_
SIGNATURE

37903 SW 194 CT
Florida City FL 33034
ADDRESS

01-13-15
DATE

*************************************************************************

Por este medio doy mi consentimiento pra que se haga una demanda por pagos que se me deban bajo la Ley federal the Normas Laborales Justas (FLSA) por el trabajo que desempene para Stanley Glaser, d/b/a Glaser Organic Farms, and d/b/a Glaser Farms durante los anos _2012, 2013 & 2014_ en el estado de la Florida.

Autorizo a mis abogados a representarme ante cualquier corte o agencia tocante a estos reclamos.

Debora A. Velasquez
NOMBRE

_[signature]_
FIRMA

37903 SW 194 CT
Florida City FL 33034
DIRECCION

01-13-15
FECHA