UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-24224-KMW/Simonton

DEBORA VELAZQEZ,
On behalf of herself and all others
similarly situated,

                    Plaintiff,

v.

STANLEY M. GLASER,
d/b/a GLASER ORGANIC FARMS,
d/b/a GLASER FARMS,

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendant, STANLEY M. GLASER, d/b/a GLASER ORGANIC FARMS, d/b/a GLASER FARMS, through his counsel, BLUEROCK LEGAL, P.A., pursuant to this Court's Order dated November 16, 2015 (D.E. 7), hereby files and serves this Response to Plaintiff's Statement of Claim [D.E. 9].

Defendant's calculation of total unpaid wages, number of hours, rates of pay, and dates earned, along with the nature of the wages, is attached hereto as Exhibit 1.

                                      BLUEROCK LEGAL, P.A.
                                      Counsel for Defendant
                                      10800 Biscayne Boulevard, Suite 410
                                      Miami, FL 33161
                                      Phone: (305) 981-4300
                                      Fax: (305) 981-4304
                                      E-mail: fhenry@bluerocklegal.com
                                                          dgonzalez@bluerocklegal.com

                                        By: /s/ Frank H Henry
                                              Frank H. Henry
                                              Florida Bar No. 956554
                                              Daniel Gonzalez
                                              Florida Bar No. 118696

1

## CERTIFICATE OF SERVICE

       I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system sending a notice of electronic filing to counsel on the attached service list on January 15, 2016.

                                   /s/ Frank H. Henry
                                 Frank H. Henry

## SERVICE LIST

Victoria Mesa
Florida Bar Number 076569
MESA AND COE LAW, P.A.
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Tel: (561) 880-8062
Fax: (561) 582-4884
Email: victoria@mesacoelaw.com
Co-Counsel for Plaintiff

Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Tel: (561) 582-3921
Fax: (561) 582-4884
e-mail: greg@Floridalegal.Org
Co-Counsel for Plaintiff

Frank H. Henry (FBN 956554)
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida  33161
Telephone: (305) 981-4300
Facsimile:  (305) 981-4304
Email:  fhenry@bluerocklegal.com
Counsel for Defendant

Daniel Gonzalez (FBN 118696)
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida  33161
Telephone: (305) 981-4300
Facsimile:  (305) 981-4304
Email:  dgonzalez@bluerocklegal.com
Counsel for Defendant