| PAY ROLL | HOURS LISTED | WAGES PER HOUR | WAGES PAID | HOLIDAY HOURS PAY | HOURS WORKED | FLORIDA MINIMUM WAGE | OVER TIME | OT WAGES | WAGES AT FLORIDA MINIMU | Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/2013 | 0 | $7.79 | $0.00 |  | 0 | $7.79 | 0 | $0.00 | $0.00 | $0.00 |
| 12/13/2013 | 0 | $7.79 | $0.00 |  | 0 | $7.79 | 0 | $0.00 | $0.00 | $0.00 |
| 12/20/2013 | 27.5 | $7.79 | $214.23 | 4 Hours $31.16 | 20 | $7.79 | 0 | $0.00 | $155.80 | -$58.43 |
| 12/27/2013 | 41 | $7.79 | $319.39 | 4 Hours $31.16 | 37.5 | $7.79 | 0 | $0.00 | $292.13 | -$27.26 |
| 1/3/2014 | 48 | $7.93 | $380.64 |  | 45 | $7.93 | 5 | $59.50 | $376.70 | -$3.94 |
| 1/10/2014 | 37 | $7.93 | $293.41 |  | 34.5 | $7.93 | 0 | $0.00 | $273.59 | -$19.82 |
| 1/18/2014 | 48 | $7.93 | $380.64 |  | 45 | $7.93 | 5 | $59.50 | $376.70 | -$3.94 |
| 1/24/2014 | 31 | $7.93 | $245.83 |  | 29 | $7.93 | 0 | $0.00 | $229.97 | -$19.80 |
| 1/31/2014 | 41.5 | $7.93 | $329.10 |  | 38.5 | $7.93 | 0 | $0.00 | $305.31 | -$23.79 |
| 2/7/2014 | 36.6 | $7.93 | $290.24 |  | 34.1 | $7.93 | 0 | $0.00 | $270.41 | -$19.83 |
| 2/14/2014 | 38.5 | $7.93 | $305.31 |  | 36 | $7.93 | 0 | $0.00 | $284.48 | -$20.83 |
| 2/21/2014 | 40.4 | $7.93 | $320.37 |  | 37.4 | $7.93 | 0 | $0.00 | $296.58 | -$23.79 |
| 2/28/2014 | 39.9 | $7.93 | $316.41 |  | 36.9 | $7.93 | 0 | $0.00 | $292.62 | -$23.79 |
| 3/7/2014 | 30 | $7.93 | $237.90 |  | 28 | $7.93 | 0 | $0.00 | $222.04 | -$15.86 |
| 3/14/2014 | 35.7 | $7.93 | $283.10 |  | 33.2 | $7.93 | 0 | $0.00 | $263.28 | -$19.82 |
| 3/21/2014 | 43.9 | $7.93 | $348.13 |  | 40.9 | $7.93 | 0.9 | $10.71 | $327.91 | -$20.22 |
| 3/28/2014 | 35.5 | $7.93 | $281.52 |  | 33 | $7.93 | 0 | $0.00 | $261.69 | -$19.83 |
| 4/4/2014 | 46 | $7.93 | $364.78 |  | 43 | $7.93 | 3 | $35.70 | $352.90 | -$11.88 |
| 4/11/2014 | 35.5 | $7.93 | $281.52 |  | 33 | $7.93 | 0 | $0.00 | $261.69 | -$19.83 |
| 4/18/2014 | 43.5 | $7.93 | $344.96 |  | 40.5 | $7.93 | 0.5 | $5.95 | $323.15 | -$21.81 |
| 4/25/2014 | 35.5 | $7.93 | $281.52 |  | 33 | $7.93 | 0 | $0.00 | $261.69 | -$19.83 |
| 5/2/2014 | 35.5 | $7.93 | $281.52 |  | 33 | $7.93 | 0 | $0.00 | $261.69 | -$19.83 |
| 5/9/2014 | 35 | $7.93 | $277.55 |  | 32.5 | $7.93 | 0 | $0.00 | $257.73 | -$19.82 |
| 5/16/2014 | 38.5 | $7.93 | $305.31 |  | 36 | $7.93 | 0 | $0.00 | $285.48 | -$19.83 |
| 5/23/2014 | 43.5 | $7.93 | $344.96 |  | 40.5 | $7.93 | 0.5 | $5.95 | $323.15 | -$21.81 |
| 5/30/2014 | 36 | $7.93 | $285.48 |  | 33.5 | $7.93 | 0 | $0.00 | $265.66 | -$19.82 |
| 6/6/2014 | 26.5 | $7.93 | $210.15 |  | 24.5 | $7.93 | 0 | $0.00 | $194.29 | -$15.86 |
| 6/13/2014 | 40.5 | $7.93 | $321.17 |  | 38 | $7.93 | 0 | $0.00 | $301.34 | -$19.83 |
| 6/20/2014 | 42 | $7.93 | $333.06 |  | 39 | $7.93 | 0 | $0.00 | $309.27 | -$23.79 |
| 6/27/2014 | 34.5 | $7.93 | $273.59 |  | 32 | $7.93 | 0 | $0.00 | $253.76 | -$19.83 |
| 7/4/2014 | 36.5 | $7.93 | $289.45 |  | 34 | $7.93 | 0 | $0.00 | $269.62 | -$19.83 |

| Date | Hours | Rate | Amount | Extra | Hours | Rate | OT Hrs | OT Amt | Paid | Diff |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/2014 | 33 | $7.93 | $261.69 | | 30.5 | $7.93 | 0 | $0.00 | $241.87 | -$19.82 |
| 7/18/2014 | 43.5 | $7.93 | $344.96 | | 40.5 | $7.93 | 0.5 | $5.95 | $323.15 | -$21.81 |
| 7/25/2014 | 37.5 | $7.93 | $297.38 | | 35 | $7.93 | 0 | $0.00 | $277.55 | -$19.83 |
| 8/1/2014 | 36.5 | $7.93 | $289.45 | | 33.5 | $7.93 | 0 | $0.00 | $265.66 | -$23.79 |
| 8/8/2014 | 21 | $7.93 | $166.53 | | 19.5 | $7.93 | 0 | $0.00 | $154.64 | -$11.89 |
| 8/15/2014 | 29.5 | $7.93 | $233.94 | | 27.5 | $7.93 | 0 | $0.00 | $218.08 | -$15.86 |
| 8/22/2014 | 37 | $7.93 | $293.41 | | 34.5 | $7.93 | 0 | $0.00 | $273.59 | -$19.82 |
| 9/29/2014 | 37.2 | $7.93 | $295.00 | 4 Hours $31.72 | 32.7 | $7.93 | 0 | $0.00 | $259.31 | -$35.69 |
| 9/5/2014 | 13 | $7.93 | $103.09 | | 12 | $7.93 | 0 | $0.00 | $95.16 | -$7.93 |
| 9/12/2014 | 27 | $7.93 | $214.11 | | 25 | $7.93 | 0 | $0.00 | $198.25 | -$15.86 |
| 9/19/2014 | 26 | $7.93 | $206.18 | | 24 | $7.93 | 0 | $0.00 | $190.32 | -$15.86 |
| 9/26/2014 | 26 | $7.93 | $206.18 | | 24 | $7.93 | 0 | $0.00 | $190.32 | -$15.86 |
| 10/3/2014 | 16.5 | $7.93 | $130.85 | | 15 | $7.93 | 0 | $0.00 | $118.95 | -$11.90 |
| 10/10/2014 | 27.5 | $7.93 | $218.08 | | 25.5 | $7.93 | 0 | $0.00 | $202.22 | -$15.86 |
| 10/17/2014 | 28 | $7.93 | $222.04 | | 26 | $7.93 | 0 | $0.00 | $206.18 | -$15.86 |
| 10/24/2014 | 7.5 | $7.93 | $59.48 | | 7 | $7.93 | 0 | $0.00 | $55.51 | -$3.97 |
| 11/21/2014 | 32.5 | $7.93 | $257.73 | 2 Hours $15.86 | 28.5 | $7.93 | 0 | $0.00 | $226.01 | -$31.72 |
| 11/28/2014 | 6.5 | $7.93 | $51.55 | | 6 | $7.93 | 0 | $0.00 | $47.58 | -$3.97 |
| 12/5/2014 | 0 | $7.93 | $0.00 | | 0 | $7.93 | 0 | $0.00 | $0.00 | $0.00 |
| 12/12/2014 | 15 | $7.93 | $118.95 | | 14 | $7.93 | 0 | $0.00 | $111.02 | -$7.93 |
| 12/19/2014 | 0 | $7.93 | $0.00 | | 0 | $7.93 | 0 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | | | | | | | | | | **-$909.78** |