**FLSA CONSENT FORM/CONSENTIMIENTO PARA ACCION FLSA**

I hereby give my consent to sue for wages that may be owed to me under the Fair Labor Standards Act for work that I performed for Stanley Glaser, d/b/a Glaser Organic Farms, and d/b/a Glaser Farms during the years of *Mayo 2008 – Julio 2015* In Florida.

I hereby authorize my attorneys to represent me before any court or agency on these claims.

*Rosa Elvia Carbonell*
NAME

X *Rosa Carbonell*
SIGNATURE

*521 N.W. 5TH Ave. Apt 611*
*Florida City Fl. 33034*
ADDRESS

*02/01/2016*
DATE

************************************************************************************

Por este medio doy mi consentimiento pra que se haga una demanda por pagos que se me deban bajo la Ley federal the Normas Laborales Justas (FLSA) por el trabajo que desempene para Stanley Glaser, d/b/a Glaser Organic Farms, and d/b/a Glaser Farms durante los anos *Mayo 2008 – Julio 2015* en el estado de la Florida.

Autorizo a mis abogados a representarme ante cualquier corte o agencia tocante a estos reclamos.

*Rosa Elvia Carbonell*
NOMBRE

X *Rosa Carbonell*
FIRMA

*521 N.W. 5TH Ave Apt 611*
*Florida City Fl. 33034*
DIRECCION

*02/01/16*
FECHA