UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Action No. 1:15-cv-24224-KMW

| | |
|---|---|
| DEBORA VELAZQUEZ, </br> On behalf of herself and all others </br> similarly situated, </br> </br> Plaintiff, </br> v. </br> </br> STANLEY M. GLASER, </br> d/b/a GLASER ORGANIC FARMS, </br> d/b/a GLASER FARMS </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF FLSA
COLLECTIVE ACTION, FOR COURT AUTHORIZED NOTICE, AND FOR
DISCLOSURE OF NAMES AND ADDRESSES OF POTENTIAL OPT-IN PLAINTIFFS**

In Count I of this action, Plaintiff Debora Velasquez alleges that Defendant Stanley Glaser violated the Fair Labor Standards Act ("FLSA") by unlawfully reducing her wages below the FLSA minimum by paying less than the wage rates due her under federal law as a result of improper deductions for tools and uniforms incurred principally for the Defendant's benefit. The Plaintiff further contends that Glaser violated the FLSA by failing to pay overtime wages at 1.5 times her regular rate when she was employed over 40 hours during a workweek.

The Plaintiff now moves this Court for a determination that Count I of this action may proceed as a collective action pursuant to the FLSA, 29 U.S.C. § 216(b). In addition, Plaintiff moves this Court for leave to send a court-authorized notice to potential opt-in plaintiffs, and for an order requiring Glaser to provide the Plaintiff with the names and last known addresses of the potential opt-in plaintiffs.

The grounds for this motion, as set forth more fully in the accompanying Memorandum of Law, are as follows:

1. The FLSA empowers courts to join claims of similarly situated individuals through a mechanism known as a collective action. 29 U.S.C. § 216(b). This mechanism authorizes plaintiffs to sue "for and in behalf of himself or themselves and other employees similarly situated." 29 U.S.C. § 216(b). The Plaintiff brought Count I as a collective claim. Am. Compl. (Docket Entry 11) at 10, ¶38-44.

2. The burden on the plaintiff to justify collective action treatment is slight in the preliminary stages of litigation. This burden has been met with respect to Count I through the allegations of the Amended Complaint; and one affidavit and consent to sue form from one class member (attached hereto as Exhibits B, C).

3. Because a group of similarly situated workers exist with respect to Count I, certification of a collective action and authorization of notice to putative class members is appropriate. This approach comports with the FLSA's remedial purposes, promotes judicial efficiency by combining claims, allows indigent plaintiffs to aggregate their claims efficiently, and ensures that collective enforcement, as authorized by the FLSA, remains a meaningful remedy.

4. The Plaintiff asks the Court to order Defendant Glaser to provide the names and last known addresses of potential class members so that these individuals may be notified of the pending suit and their right to participate.

5. The Plaintiff also requests that the Court approve the proposed notice (attached to this motion as Exhibit A) for distribution to potential class members, and permit class members three months following mailing of the notice to opt in to this case.

WHEREFORE, the Plaintiff prays that this Court:

a. Conditionally certify Count I of this action as a collective action pursuant to 29 U.S.C. § 216(b);

b. Approve the proposed notice attached as Exhibit A for distribution to potential class members;

c. Require Defendant Glaser to produce the complete names and addressed of all potential class members within two weeks of this Court's order;

d. Grant the class members a period of at least three months after the complete production of all potential class members' names and addresses to opt in to this case.

Respectfully submitted,

*/s/ Victoria Mesa-Estrada*
Victoria Mesa-Estrada
Florida Bar Number 076569
Mesa & Coe Law, P.A.
1880 N. Congress Avenue
Suite 205
Boynton Beach, FL 33426
Tel: (561) 880-8062
Fax: (561) 828-8359
Email: victoria@mesacoelaw.com

*/s/ Gregory S. Schell*
Gregory S. Schell
Florida Bar Number 287199
Email: greg@floridalegal.org
Florida Legal Services, Inc.
P.O. Box 32159
Palm Beach Gardens, FL  33420
Telephone:    (561) 582-3921

*Attorneys for Plaintiff*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system sending a notice of electronic filing to counsel on the following service list on this 30th day of March, 2016.

/s/ *Victoria Mesa-Estrada*
Victoria Mesa-Estrada

## SERVICE LIST

Victoria Mesa
Mesa & Coe Law, P.A.
1880 N. Congress Avenue
Suite 205
Boynton Beach, FL 33426
Counsel for Plaintiff

Gregory S. Schell
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
Post Office Box 32159
Palm Beach Gardens, Florida 33420
Counsel for Plaintiff

Frank H. Henry
BLUEROCK LEGAL, P.A.
Suite 410
10800 Biscayne Boulevard
Miami, Florida 33161
Counsel for Defendant