UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Civil Action No. 1:15-cv-24224-KMW

|  |  |
|---|---|
| DEBORA VELASQUEZ, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STANLEY M. GLASER, d/b/a GLASER ORGANIC FARMS, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF HER
MOTION FOR CONDITIONAL CERTIFICATION
OF FLSA COLLECTIVE ACTION**

Based on the April 16, 2016 action by the United States Department of Labor to recover unpaid minimum and overtime wages due Plaintiff's co-workers under the Fair Labor Standards Act (Docket Entries 32-1 and 32-2), Plaintiff hereby withdraws her motion for conditional certification of this matter as a collective action under the Fair Labor Standards Act (Docket Entry 30).

Respectfully submitted,

***/s/ Gregory S. Schell***
Florida Bar Number 287199
Migrant Farmworker Justice Project
Post Office Box 32159
Palm Beach Gardens, Florida   33420
Telephone:     (561) 582-3921
Facsimile:      (561) 582-4884
e-mail: greg@Floridalegal.Org


Victoria Mesa
Florida Bar Number 076569
MESA-ESTRADA LAW, P.C.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, Florida   33426
Telephone:     (561) 880-8062
Facsimile:      (561) 582-4884
e-mail: victoria@mesacoelaw.com


*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system sending a notice of electronic filing to counsel on the following service list on this 21st day of April, 2016.

***/s/ Gregory S. Schell***
Gregory S. Schell

## SERVICE LIST

Victoria Mesa
Mesa-Estrada Law, P.C.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, Florida   33426
Counsel for Plaintiff

Gregory S. Schell
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
Post Office Box 32159
Palm Beach Gardens, Florida 33420
Counsel for Plaintiff

Frank H. Henry
BLUEROCK LEGAL, P.A.
Suite 410
10800 Biscayne Boulevard
Miami, Florida 33161
Counsel for Defendant