UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Civil Action No. 1:15-cv-24224-KMW

| | |
|---|---|
| **DEBORA VELASQUEZ,** <br> **on behalf of herself and all others** <br> **similarly situated**, <br><br> Plaintiffs, <br> v. <br><br> **STANLEY M. GLASER,** <br> **d/b/a GLASER ORGANIC FARMS,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

PLAINTIFF'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

In accordance with Federal Rule of Civil Procedure 6(b), Plaintiff Debora Velasquez hereby moves the Court for an enlargement of time up to and including Monday, June 13, 2016 to file her response to Defendant's Motion for Partial Summary Judgment (Docket Entry 36).[1]

In her response, Plaintiff intends to rely in part on the deposition testimony of Defendant Stanley Glaser, which addressed several of the issues presented in the pending motion. The transcript of this deposition was only delivered to Plaintiff's counsel on June 3, 2016, and the version delivered was only in draft format.

---

[1] Plaintiff originally attempted to file this motion on the evening of Friday, June 3, but was unable to complete the filing then because of the CM/ECF system being offline over the weekend for maintenance.

By extending the time for Plaintiff's response until June 13, 2016, the Court will have the benefit of this evidence in adjudicating Defendant Glaser's motion.

In accordance with Local Rule 7.1(a)(3), the undersigned certifies that he has conferred with Frank Henry, counsel of record for Defendant, and is authorized to report that Defendant does not oppose the relief sought in this motion.

                                        Respectfully submitted,

*/s/ **Gregory S. Schell***
Florida Bar Number 287199
Migrant Farmworker Justice Project
Post Office Box 32159
Palm Beach Gardens, Florida   33420
Telephone:    (561) 582-3921
Facsimile:    (561) 582-4884
e-mail: greg@Floridalegal.Org

Victoria Mesa
Florida Bar Number 076569
MESA-ESTRADA LAW, P.C.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, Florida   33426
Telephone:    (561) 880-8062
Facsimile:    (561) 582-4884
e-mail: victoria@mesacoelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system sending a notice of electronic filing to counsel on the following service list on this 6th day of June, 2016.

*/s/ Gregory S. Schell*
Gregory S. Schell

## SERVICE LIST

Victoria Mesa
Mesa-Estrada Law, P.C.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, Florida  33426
Counsel for Plaintiff

Gregory S. Schell
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
Post Office Box 32159
Palm Beach Gardens, Florida 33420
Counsel for Plaintiff

Frank H. Henry
BLUEROCK LEGAL, P.A.
Suite 410
10800 Biscayne Boulevard
Miami, Florida 33161
Counsel for Defendant

- 3 -