UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
Civil Action No. 1:15-cv-24224-KMW

|  |  |
|---|---|
| **DEBORA VELASQUEZ,** <br> **on behalf of herself and all others** <br> **similarly situated**, <br><br> **Plaintiff,** <br> v. <br><br> **STANLEY M. GLASER,** <br> **d/b/a GLASER ORGANIC FARMS,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff DEBORA VELASQUEZ, through her undersigned counsel, hereby moves to extend the discovery period in this action up to and including August 15, 2016. In support of this motion, Plaintiff states as follows:

1. Plaintiff Debora Velasquez has brought a brought a claim on behalf of a purported class of kitchen workers employed during a three-year period by Defendant Stanley Glaser asserting violations of the Migrant and Seasonal Worker Protection Act ("AWPA"). Among the specific claims under the AWPA are Glaser's alleged failure to report the wages of the kitchen workers to the Social Security Administration, so as to credit the individual workers' earnings records with these wages. *See* Amended Complaint (Docket Entry 11) at 12, § 48. Glaser acknowledged that this was his practice for those employees who did not provide the company with a Social Security number. *See* Deposition of Stanley Glaser (Docket Entry 40-2), at

121,148.  This court has previously held that an agricultural employer's failure to report workers' earnings to the Social Security Administration violates the AWPA's wage payment provisions. *See Saintida v. Tyre*, 783 F.Supp. 1368, 1372 (S.D. Fla. 1992); *Charite v. Jones*, No. 89-2548, 1990 WL 165247 at *1 (S.D. Fla. Aug. 13, 1990).  *See also Fanette v. Steven Davis Farms, LLC*, 28 F.Supp.3d 1243, 1262 (N.D. Fla. 2014).

    2. In his deposition, Glaser revealed that at least three individuals employed in his office were involved in the preparation of tax filings --- Elizabeth Morales, Victoria Saldana and Ana Rosa Toscano. *See* Glaser Deposition (Docket Entry 40-2), at 115, 117-18.  On July 13, Plaintiff's counsel informed Glaser's attorney that she wished to conduct the deposition of two these individuals before the scheduled conclusion of discovery on August 1.

    3.  Glaser's attorney advised the undersigned that only limited dates were available for these depositions.  First, Glaser's counsel was scheduled to be outside of the country for two weeks in the middle of July.  Upon his return, one of the witnesses could be available, but only on July 27, which conflicted with a previously-scheduled deposition in Wisconsin being conducted by Plaintiff's counsel.  Furthermore, Glaser's counsel informed the undersigned that Elizabeth Morales could not be available for deposition any time during the remaining weeks.  While Ms. Morales was available in the middle of July, Glaser's lead counsel would be out of the country; following his return the final week of July, Ms. Morales would be unavailable because of a medical procedure she was scheduled to undergo at that time.

    4.  The inability of the Plaintiff to complete this discovery within the time scheduled is not due to her lack of diligence.  The identities of the office staff involved with the tax filings were only revealed during Glaser's deposition.  When the Plaintiff then sought to depose these

witnesses, she finds herself unable to do so, in substantial part because of the vacation plans of opposing counsel.

5. Granting a 15-day enlargement of time will not unduly delay this case or prejudice the Defendant. This brief extension will not require adjustment of any of the other deadlines in this case.

6. In accordance with Local Rule 7.1(a)(3), the undersigned has conferred with Frank Henry, lead counsel for Glaser, in a good faith effort to resolve this dispute. These efforts have proven unsuccessful. Glaser opposes the relief sought herein.

WHEREFORE, Plaintiff requests that this Motion be granted and that the deadline to complete discovery be extended up to and including August 15th, 2016.

Respectfully submitted,

*/s/ Victoria Mesa-Estrada*

Victoria Mesa-Estrada
Florida Bar Number 076569
Mesa-Estrada Law, P.A.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, FL 33426
Email: victoria@mesaestradalaw.com
Telephone:    (561) 880-8062
Facimile:     (561) 828-8359

Attorney for Plaintiff

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th of July, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Victoria Mesa-Estrada*
Victoria Mesa-Estrada

## SERVICE LIST

Victoria Mesa-Estrada (FBN 076569)
Mesa-Estrada Law, P.A.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, Florida 33426
Tel: (561) 880-8062
Fax: (561) 828-8359
Email: victoria@mesaestradalaw.com
Attorney for Plaintiff

Gregory S. Schell (FBN 287199)
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
Post Office Box 32159
Palm Beach Gardens, Florida 33420
Telephone: (561) 582-3921
Facsimile: (561) 582-4884
e-mail: Greg@Floridalegal.Org
Attorney for Plaintiff

Frank H. Henry (FBN 956554)
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida 33161
Telephone: (305) 981-4300
Facsimile: (305) 981-4304
Email: fhenry@bluerocklegal.com
Attorney for Defendant