UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-24224-CIV-WILLIAMS

DEBORA VELASQUEZ,

    Plaintiff,

vs.

STANLEY M. GLASER,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Karen Evans, Esq. on August 5, 2016, at 9:30 a.m. at Litigation Resolution, Inc., Suite 1229, The Alfred I. DuPont Building, 169 East Flagler Street, Miami, Florida 33131.

This date shall not be rescheduled without leave of Court. The parties are responsible for ensuring that within seven (7) days following the mediation conference, a mediation report is filed, indicating whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in chambers in Miami, Florida, this 20th day of July, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE