UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Civil Action No. 1:15-cv-24224-KMW

| | |
|---|---|
| DEBORA VELAZQUEZ, <br> On behalf of herself and all others <br> similarly situated, <br><br> Plaintiff, <br> v. <br><br> STANLEY M. GLASER, <br> d/b/a GLASER ORGANIC FARMS, <br> d/b/a GLASER FARMS <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S AMENDED NOTICE OF DISCOVERY HEARING
## BEFORE MAGISTRATE SIMONTON

To: All parties on the Certificate of Service Below

PLEASE take notice that a hearing has been scheduled before Magistrate Judge Andrea Simonton, pursuant to her discovery procedures included in this Court's Scheduling Order (Docket No. 16) at the time and place below and upon the matter hereinafter indicated.

PLACE:   James Lawrence King Federal Justice Building
         99 N.E. Fourth Street, Room 1067
         Miami, FL 33132

DATE AND TIME: Wednesday, August 24, 2016, at 2:00PM.

**DISCOVERY ISSUES**

1. The parties dispute whether Defendant has provided complete responses to Plaintiffs' First Request to Defendant Stanley M. Glaser for Production, Inspection and Copying of Documents and Things (hereinafter "RFP"); See Ex. A, which were served on February 15, 2016. Defendant has produced partial documents responsive to Plaintiffs' requests; but some documents remain the possession of Defendant and have yet to be produced despite multiple attempts by Plaintiff's counsel to receive the same.

   Specifically, Plaintiff has requested the following documents corresponding to Plaintiff's Requests No. 1 and No. 2 of her RFP, which were first identified of their existence in

      Defendant's Stanley Glaser Deposition on May 12, 2016, and which were not produced by Defendant in their earlier response to Plaintiff's RFP:
      a. payroll ledgers
      b. ledger of employee loans, and
      c. ledger of sales to employees from retail store.

2. The parties also dispute whether Defendant's objections to Plaintiff's First Request to Defendant Stanley M. Glaser for Production, Inspection and Copying of Documents and Things, is sufficient grounds to excuse Defendant from refusing to produce certain documents in defendant's possession. Specifically, in its Request No. 4 of Plaintiff's RFP, See Ex. A, Plaintiff requested the documents identified below, and which Plaintiff believes are applicable to support Plaintiff's Count II claims of her complaint:
      a. All statements, forms, quarterly reports and/or UCT-6 forms, and other documents evidencing or tending to evidence the amount of payroll taxes you reported and paid to the Florida Department of Revenue, corresponding to the plaintiffs' work performed on your operations from November 11, 2011 through November 11, 2015, inclusive.

Defendant has objected to produce these documents on the grounds that the documents sought are not relevant nor likely to lead to the discovery of admissible evidence, and has further stated that the "amount of payroll taxes" referred to in this request is not at issue in this case and not related to an issue in this case. See Ex. B.

### **CERTIFICATION OF GOOD FAITH EFFORT UNDER S.D.Fla.L.R.7.1(a)3**

The undersigned certifies that she personally had communication with Defendant's Counsel Mr. Frank Henry and was unable to resolve the issues raised in this Notice of Hearing.

Dated: August 3, 2016                             Respectfully submitted,

                                              ***/s/ Victoria Mesa-Estrada***

                                              Victoria Mesa-Estrada
                                              Florida Bar Number 076569
                                              Mesa-Estrada Law, P.A.
                                              Compson Financial Center, Suite 205
                                              1880 North Congress Avenue
                                              Boynton Beach, FL 33426
                                              Email: victoria@mesaestradalaw.com
                                              Tel: 561-880-8062
                                              fax: 561-828-8359

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system sending a notice of electronic filing to counsel on the attached service list on July 31, 2016.

*/s/ Victoria Mesa-Estrada*
Victoria Mesa-Estrada

## SERVICE LIST

Victoria Mesa-Estrada
Florida Bar Number 076569
MESA-ESTRADA LAW, P.A.
Compson Financial Center, Suite 205
1880 N. Congress Avenue
Boynton Beach, Florida 33426
Tel: (561) 880-8062
Fax: (561) 582-4884
Email: victoria@mesaestradalaw.com
Counsel for Plaintiff

Gregory S. Schell
Florida Bar Number 287199
FLORIDA LEGAL SERVICES
P.O. Box 32159
Palm Beach Gardens, Florida 33420
Tel: (561) 582-3921
Fax: (561) 582-4884
e-mail: gschell99@gmail.com,
robert@floridalegal.org
Co-Counsel for Plaintiff

Frank H. Henry
Florida Bar Number 956554
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida 33161
Telephone: (305) 981-4300
Facsimile: (305) 981-4304
Email: fhenry@bluerocklegal.com
Counsel for Defendant

Daniel Gonzalez
Florida Bar Number 118696
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida 33161
Telephone: (305) 981-4300
Facsimile: (305) 981-4304
Email: dgonzalez@bluerocklegal.com
Counsel for Defendant