IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER: 15-24224-CIV-WILLIAMS/SIMONTON

DEBORA VELASQUEZ,

    Plaintiff,

vs.

STANLEY M. GLASER,

    Defendant.

_____/

### REPORT OF MEDIATION

A mediation conference was held on August 5, 2016 for the above referenced matter. Mediator, KAREN EVANS, conducted the proceedings. The parties were present as indicated by their signatures below.

_____ No agreement was reached.

_____ A partial agreement was reached.

_____ A complete agreement was reached.

__X__ The mediation was adjourned ~~until~~ *to be continued by telephone*

_____
Debora Velasquez

_____
Stanley M. Glaser

_____
Victor NEVA-ESTRADA
Plaintiff's Counsel

_____
Defendant's Counsel

ROBERT K. DWYER

_____
KAREN EVANS, ESQUIRE/Mediator

_____
August 5, 2016
Date