UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
Civil Action No. 1:15-cv-24224-KMW

| | |
|---|---|
| **DEBORA VELASQUEZ,** on behalf of herself and all others similarly situated, | ) ) ) ) ) |
| **Plaintiff,** | ) JURY TRIAL DEMAND |
| v. | ) ) |
| **STANLEY M. GLASER,** d/b/a **GLASER ORGANIC FARMS,** | ) ) ) |
| **Defendant.** | ) ) ) |

NOTICE OF FILING
WITHDRAWAL OF FLSA CONSENT FORM BY OPT-IN PLAINTIFF ROSA CARBONELL

COMES NOW Plaintiff DEBORA VELASQUEZ *et al.*, by and through their undersigned counsel, hereby file the following Withdrawal of Opt-in FLSA Collective Action consent-to-sue form on behalf of Rosa Elvia Carbonell.

Dated: August 11, 2016          Respectfully submitted,

*/s/ Victoria Mesa-Estrada*
Victoria Mesa-Estrada
Florida Bar Number 076569
Mesa-Estrada Law, P.A.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, FL 33426
Email: victoria@mesaestradalaw.com
Tel: 561-880-8062
fax: 561-828-8359

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system sending a notice of electronic filing to counsel on the attached service list on August 11, 2016.

                                                                                    */s/ Victoria Mesa-Estrada*
                                                                                    Victoria Mesa-Estrada

## **SERVICE LIST**

Victoria Mesa-Estrada
Florida Bar Number 076569
MESA AND COE LAW, P.A.
Compson Financial Center, Suite 205
1880 N. Congress Avenue
Boynton Beach, Florida 33426
Tel: (561) 880-8062
Fax: (561) 582-4884
Email: victoria@mesaestradalaw.com
Counsel for Plaintiff

Robert K. Dwyer, Esq.
Florida Bar Number 894257
Florida Legal Services
14260 W. Newberry Rd. Ste. 14260
Newberry, FL 32669
Telephone: (352) 375-2494 ext. 1002
e-mail: Robert@floridalegal.org
Co-counsel for Plaintiff

Frank H. Henry
Florida Bar Number 956554
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida 33161
Telephone: (305) 981-4300
Facsimile: (305) 981-4304
Email: fhenry@bluerocklegal.com
Counsel for Defendant

Daniel Gonzalez
Florida Bar Number 118696
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida 33161
Telephone: (305) 981-4300
Facsimile: (305) 981-4304
Email: dgonzalez@bluerocklegal.com
Counsel for Defendant