## WITHDRAWAL OF FLSA CONSENT FORM

I, Rosa Carbonell, hereby give my consent to my attorneys to withdraw my FLSA opt-in consent form, which was filed on this case- *Debora Velasquez et al. v. Stanley Glaser*, Civil Action No. 1:15-cv-24224-KMW. I no longer desire to participate in this matter and will continue pursue my own separate action against defendant for violations of the Fair Labor Standards Act.

ROSA CARBONELL
NAME

x ROSA CARBONELL
SIGNATURE

513 NW 5 AVE. APT 1011
FLORIDA CITY FLORIDA 33034
ADDRESS

08/11/16
DATE