**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-24224-CIV-SIMONTON**

**DEBORA VELASQUEZ,**

**Plaintiff,**

**vs.**

**STANLEY M. GLASER,**
**d/b/a GLASER ORGANIC FARMS**

**Defendant.**
**________________________________/**

**ORDER APPROVING SETTLEMENT AGREEMENT AND GRANTING MOTION TO DISMISS CASE WITH PREJUDICE**

**This matter is before the pursuant to the Parties' Joint Motion and Memorandum of Law for Approval of Settlement and Dismissal With Prejudice, ECF No. [78]. Pursuant to the consent of the Parties, the Honorable Kathleen M. Williams, United States District Judge, has referred this matter to the undersigned Magistrate Judge for all further proceedings, including trial by jury and entry of final judgment, ECF Nos. [67][68].**

**This action involves claims brought by Plaintiff Debora Velasquez against Stanley M. Glaser for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA") and the Migrant and Seasonal Agricultural Worker Protection Act, ECF No. [11].**

**On February 9, 2017, the Parties filed a Notice of Settlement, ECF No. [75]. On March 3, 2017, the Parties filed the instant Joint Motion and Memorandum of Law for Approval of Settlement and Dismissal With Prejudice, ECF No. [78].**

**In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."** ***Lynn's Food Stores v. United States*****, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is**

**more likely to reflect a reasonable compromise of disputed issues."** ***Id.*** **The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation.** ***Id*****. at 1354.**

**The undersigned has reviewed the record and finds that the settlement reached, including attorneys' fees and costs, is a fair and reasonable resolution of the Parties' bona fide dispute. Accordingly, it is hereby**

**ORDERED AND ADJUDGED that the Settlement Agreement is APPROVED, and this action is DISMISSED with prejudice. It is further**

**ORDERED AND ADJUDGED that this case is closed and all pending motions are denied as moot.**

**DONE AND ORDERED in chambers at Miami, Florida, on March 7, 2017.**

**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies provided to:**

**All counsel of record**